DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MONTERROZA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. :21-cv-00435-AWI-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from April 21, 2022 to May 20, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF .  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　This is Plaintiff's third request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  Counsel requires additional time to brief the issues

thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                              Respectfully submitted,

Dated: April 21, 2022        PENA & BROMBERG, ATTORNEYS AT LAW


                                By: */s/ Dolly M. Trompeter*
                                   DOLLY M. TROMPETER
                                   Attorneys for Plaintiff


Dated: April 21, 2022        PHILLIP A. TALBERT
                                   United States Attorney
                                   PETER K. THOMPSON
                                   Acting Regional Chief Counsel, Region IX
                                   Social Security Administration


                              By:  **/s/ Frederick Fripps*
                                   Frederick Fripps
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant
                                   (*As authorized by email on April 21, 2022)

## **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include May 20, 2022, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the Court's Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **April 22, 2022**              /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE