PHILLIP A. TALBERT
Acting United States Attorney
NICOLE JABAILY
Acting Regional Chief Counsel, Region X
FREDERICK FRIPPS
Special Assistant United States Attorney
701 Fifth Avenue, Columbia Tower,
Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3892
Email: frederick.fripps@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| PATRICIA MONTERROZA,<br><br>    Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:21-cv-00435-AWI-BAM<br><br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [~~PROPOSED~~] ORDER** |

The parties, acting through their respective counsel, hereby stipulate that the above-captioned case be reversed and remanded to the Commissioner of Social Security for a de novo hearing. The Commissioner will direct the Administrative Law Judge to further develop the record, offer the claimant the opportunity for a new hearing, and issue a new decision. The ALJ

will reevaluate the claimant's subjective complaints; reassess the claimant's residual functional

capacity, and; as needed, obtain supplemental vocational evidence to reassess whether there are

jobs in significant numbers that the claimant could still do. Plaintiff shall have the opportunity to

submit new evidence.

The parties further ask the Court to specify in its order that the case is being remanded

pursuant to sentence four of § 405(g), and to direct the Clerk to enter judgment in accordance

with Fed. R. Civ. P. 58, consistent with the Supreme Court's decision in *Shalala v. Schaefer*, 509

U.S. 292, 296 302 (1993).  The parties agree that reasonable attorney fees, expenses, and costs

may be awarded under the Equal Access to Justice Act, 28 U.S.C. §§ 2412 and 1920, upon

proper request to the Court.

Respectfully submitted this 12th day of January 2022.

DATED: June 16, 2022                              PHILLIP A. TALBERT
                                                 Acting United States Attorney

                                                 NICOLE JABAILY
                                                 Acting Regional Chief Counsel, Region X
                                                 Social Security Administration

                                                 s/ Frederick Fripps
                                                 FREDERICK FRIPPS
                                                 Special Assistant United States Attorney

                                                 Attorneys for Defendant

DATED: June 16, 2022                              s/Frederick Fripps for
                                                 DOLLY M TROMPETER
                                                 Attorney for Plaintiff
                                                 *Authorized via e-mail on June 14, 2022*

**<u>ORDER</u>**

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for a de novo hearing before a different Administrative Law Judge, pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge will further develop the record, offer the claimant the opportunity for a new hearing, and issue a new decision. The ALJ will reevaluate the claimant's subjective complaints; reassess the claimant's residual functional capacity, and; as needed, obtain supplemental vocational evidence to reassess whether there are jobs in significant numbers that the claimant could still do. Plaintiff shall have the opportunity to submit new evidence.

Upon proper presentation, Plaintiff will be entitled to reasonable attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. §2412 et seq.

IT IS SO ORDERED.

Dated:   June 16, 2022

_____

SENIOR  DISTRICT  JUDGE